1  STEPHEN M. HAYES (SBN 83583)
   **HAYES DAVIS BONINO ELLINGSON**
2  **McLAY & SCOTT, LLP**
   203 Redwood Shores Parkway, Suite 480
3  Redwood Shores, California 94065
   Telephone: 650.637.9100
4  Facsimile: 650.637.8071

5  ROBERT S. McLAY (SBN 176661)
   CHERIE M. SUTHERLAND (SBN 217992)
6  **HAYES DAVIS BONINO ELLINGSON**
   **McLAY & SCOTT, LLP**
7  770 L Street, Suite 950
   Sacramento, California 95814
8  Telephone: 916.449.3958
   Facsimile: 916.449.8256

9
   **Attorneys for Defendants**
10 **LEXINGTON INSURANCE COMPANY**

11
   BLANE A. SMITH (SBN 96795)
12 **FARMER SMITH & LANE LLP**
   3620 American River Drive, Suite 218
13 Sacramento, CA 95864
   Telephone: 916.679.6565
14 Facsimile: 916.679.6575

15 **Attorneys for Plaintiffs**
   **CENTURY 21 SELECT REAL ESTATE, INC. and**
16 **SELECT PROPERTY MANAGEMENT**

17
18                          UNITED STATES DISTRICT COURT
19                          EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY 21 SELECT REAL ESTATE, INC. a corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br><br>LEXINGTON INSURANCE COMPANY, and DOES 1 through 10, inclusive,<br><br>          Defendants. | CASE NO. 2:08-CV-02451-FCD-EFB<br><br><br>**STIPULATION AND ORDER DESIGNATING OPERATIVE COMPLAINT** |

Plaintiff Century 21 Select Real Estate, Inc. ("Century 21") and defendant Lexington Insurance Company ("Lexington"), hereby agree and stipulate as follows:

**RECITALS**

WHEREAS, on June 18, 2008, Century 21 filed a Complaint for Breach of Contract; Bad Faith in the Superior Court of the State of California, County of Sutter, Case No. CVCS08-1482 entitled *Century 21 Select Real Estate, Inc. v. Lexington Insurance Company, and Does 1 through 10.*

WHEREAS, on September 18, 2008, Lexington's counsel received a copy of the Summons, Complaint, Notice and Acknowledgement of Receipt-Civil, and General Minute Order (Civil). Lexington's counsel never signed the Notice of Acknowledgement of Receipt – Civil. Lexington's counsel is not the registered agent for service of process.

WHEREAS, on October 15, 2008, Lexington voluntarily appeared and filed its Notice of Removal in the United States District Court – Eastern District of California. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. section 1332, and in one that may be removed to this Court by Lexington pursuant to the provisions of 28 U.S.C. section 1441, subsection (a), in that it is a civil action wherein the matter in controversy exceeds the sum of $75,000 exclusive of interest and costs, and is between citizens of different states.

WHEREAS, on October 16, 2008, Lexington filed in this Court, a Motion to Dismiss and Strike Century 21's Complaint and a Motion to Strike portions of Century 21's Complaint. The hearing on said motions is scheduled for January 16, 2009.

WHEREAS, on October 17, 2008, Century 21 served on Lexington's counsel an <u>Amended Complaint</u> for Breach of Contract; Bad Faith that was filed in the Superior Court of the State of California, County of Sutter, Case No. CVCS08-1482 entitled *Century 21 Select Real Estate, Inc. v. Lexington Insurance Company, and Does 1 through 10.*

WHEREAS, unbeknownst to Lexington and its counsel, Century 21 had filed an <u>Amended</u> Complaint on October 7, 2008. That is, Lexington did not have knowledge of the <u>Amended</u> Complaint at the time of its Removal or at the time of its filing of the Motions.

1   WHEREAS, the parties agree that the <u>Amended</u> Complaint is the new operative Complaint.

2   WHEREAS, the <u>Amended</u> Complaint makes moot Lexington's Motion to Dismiss and
3   Strike and Motion to Strike the original Complaint.

4   WHEREAS, the parties agree that Lexington has twenty (20) days to file a responsive
5   pleading to the <u>Amended</u> Complaint, including, but not limited to a Motion to Strike and/or
6   Dismiss, once this Court signs the below Order.

7   Accordingly, the parties hereby stipulate as follows:

## **STIPULATION**

The parties hereby stipulate that the <u>Amended</u> Complaint (attached hereto) is the operative Complaint and that it has been removed to the United States District Court – Eastern District of California.

The parties hereby further stipulate that Lexington has twenty (20) days to file a responsive pleading to the <u>Amended</u> Complaint, including but not limited to a Motion to Strike and/or Dismiss, once the court signs the below Order.

Further, the parties hereby stipulate that the hearing scheduled for January 16, 2009, on Lexington's Motion to Dismiss and Strike and Motion to Strike on Century 21's Complaint should be vacated.

**IT IS SO STIPULATED.**

Dated:  December 12, 2008              HAYES DAVIS BONINO ELLINGSON McLAY &
                                        SCOTT, LLP


                                        By /S/ CHERIE M. SUTHERLAND
                                            STEPHEN M. HAYES
                                            ROBERT S. McLAY
                                            CHERIE M. SUTHERLAND
                                            Attorney for Defendant
                                            LEXINGTON INSURANCE COMPANY

**STIPULATION AND ORDER DESIGNATING OPERATIVE COMPLAINT
– CASE NO. 2:08-CV-02451-FCD-EFB**

| | | |
|---|---|---|
| 1 | Dated:  December 12, 2008 | FARMER SMITH & LANE, LLP |

By /S/ BLANE A. SMITH
    BLANE A. SMITH
    Attorneys for Plaintiff
    CENTURY 21 SELECT REAL ESTATE, INC.

**ORDER**

In accordance with the Stipulation of the parties, the <u>Amended</u> Complaint (attached hereto) has been removed to the United States District Court – Eastern District of California and is the Operative Complaint at this time.  Further, Lexington has twenty (20) days from the date of execution of this Order to file a responsive pleading to the <u>Amended</u> Complaint, including, but not limited to a Motion to Strike and/or Dismiss.  Lastly, the hearing on Lexington's Motion to Dismiss and Strike and Motion to Strike Century 21's Complaint, scheduled for January 16, 2009, is vacated.

**IT IS SO ORDERED.**

Dated:   December 15, 2008

/s/ Frank C. Damrell
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE