STEPHEN M. HAYES (SBN 83583)
shayes@hayesscott.com
ROBERT S. McLAY (SBN 176661)
rmclay@hayesscott.com
CHERIE M. SUTHERLAND (SBN 217992)
csutherland@hayesscott.com
**HAYES SCOTT BONINO**
**ELLINGSON & McLAY, LLP**
203 Redwood Shores Parkway, Suite 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendants
LEXINGTON INSURANCE COMPANY

BLANE A. SMITH (SBN 96795)
bsmith@farmersmithlaw.com
**FARMER SMITH & LANE, LLP**
3620 American River Drive, Suite 218
Sacramento, California 95864
Telephone:  916.679.6565
Facsimile:  916.679.6575

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY 21 SELECT REAL ESTATE, INC. a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LEXINGTON INSURANCE COMPANY, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:08-CV-02451-FCD-EFB<br><br>**STIPULATION AND ORDER DISMISSING THE ENTIRE ACTION**<br><br>**[Fed. Rule. Civ. Proc., Rule 41(a)(1)]** |

/ / /

/ / /

231376

Plaintiffs Century 21 Select Real Estate, Inc. and Select Property Management (collectively hereinafter referred to as "Century 21") and Defendant Lexington Insurance Company, by and through their respective counsel, hereby stipulate to dismissal, with prejudice, of the above entitled action as follows:

## **STIPULATION**

IT IS HEREBY STIPULATED by the parties, that the entire above-entitled action be, and hereby is, DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

Dated: November 9, 2009         HAYES, SCOTT, BONINO, ELLINGSON & McLAY, LLP

By _____
CHERIE M. SUTHERLAND
Attorney for Defendant
LEXINGTON INSURANCE COMPANY

Dated: November ____, 2009     FARMER SMITH & LANE, LLP

By _____
BLANE A. SMITH
Attorney for Plaintiffs
CENTURY 21 SELECT REAL ESTATE, INC. and
SELECT PROPERTY MANAGEMEN

## **ORDER**

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

IT IS SO ORDERED.

DATED:  November 13, 2009      _____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

231376

-2-

**Stipulation and Order to Dismiss the Entire Action – CASE No. 2:08-CV-02451-FCD-EFB**